No. 84–344.   YOUNGS *v.* BROOME COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 84–345.   BARKER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–350.   INDEPENDENT SCHOOL DISTRICT NO. 196, ROSEMOUNT-APPLE VALLEY, MINNESOTA, ET AL. *v.* CYBYSKE. Sup. Ct. Minn.   Certiorari denied.

No. 84–353.   HOWELL, DBA HOWELL ELECTRIC CO. *v.* STATE BOARD OF EQUALIZATION OF CALIFORNIA.   C. A. 9th Cir. Certiorari denied.

No. 84–354.   LENGYEL *v.* BOARD OF REGENTS OF NORTHERN KENTUCKY UNIVERSITY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–359.   SAGAN *v.* HARVEY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–369.   LEAK *v.* ST. JOSEPH HOSPITAL OF JOLIET ET AL. C. A. 7th Cir.   Certiorari denied.

No. 84–370.   WHITE *v.* VATHALLY ET AL.   C. A. 1st Cir. Certiorari denied.

No. 84–373.   JUARBE, DIRECTOR, BUREAU OF SPECIAL INVESTIGATIONS OF THE PUERTO RICO DEPARTMENT OF JUSTICE *v.* PEREZ, CHAIRMAN, JUDICIARY COMMITTEE OF THE PUERTO RICO SENATE, ET AL.   Sup. Ct. P. R.   Certiorari denied.

No. 84–375.   LEVIN *v.* REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 84–381.   SEAFLITE, INC. *v.* DIRECTOR, DEPARTMENT OF TRANSPORTATION OF HAWAII, ET AL.   Sup. Ct. Haw.   Certiorari denied.

No. 84–394.   KENNGOTT *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–398.   KIMBLE *v.* WORTH COUNTY R–III BOARD OF EDUCATION.   Ct. App. Mo., Western Dist.   Certiorari denied.